**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION**

In re: §
§
§
DAVID CLAUDIO AKIENS § Case No. 15-80254
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/23/2015. The undersigned trustee was appointed on 02/24/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   158,347.87

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 20,349.64 |
   | Bank service fees | 231.11 |
   | Other payments to creditors | 112,862.34 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 24,904.78 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/09/2015 and the deadline for filing governmental claims was 07/09/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,167.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,167.39 , for a total compensation of $ 11,167.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 526.12 , for total expenses of $ 526.12 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/19/2016              By: /s/RICHARD D. MYERS
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-80254 | TLS | Judge: | Thomas L. Saladino | Trustee Name: | RICHARD D. MYERS |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DAVID CLAUDIO AKIENS | | | | Date Filed (f) or Converted (c): | 02/23/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/02/2015 |
| For Period Ending: | 04/19/2016 | | | | Claims Bar Date: | 07/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4534 Madison St., Omaha, NE 68117 - owned by Claud | 155,000.00 | 0.00 | | 6,250.00 | FA |
| 2. 7414 S. 35th St., Bellevue, NE 68147 | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Cash on hand | 200.00 | 0.00 | OA | 0.00 | FA |
| 4. Access Bank - Omaha - overdrawn $176.07 | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. Misc. household items; t.v.; washer; dryer; stove; | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. Household pictures | 50.00 | 0.00 | OA | 0.00 | FA |
| 7. Personal clothing | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. Watch | 10.00 | 0.00 | OA | 0.00 | FA |
| 9. 22 Rifle | 100.00 | 0.00 | OA | 0.00 | FA |
| 10. Universal life insurance (owned by wife) | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Metro Contracting Group, Inc.: Assets: Truck $10,0 | 900.00 | 0.00 | OA | 0.00 | FA |
| 12. Claudio Investments, LLC Assets: 4534 Madison, Oma | 0.00 | 0.00 | | 150,797.87 | FA |
| 13. 2006 Jeep Grand Cherokee - owned by Claudio Invest | 5,000.00 | 0.00 | | 1,300.00 | FA |
| 14. 2006 Ford 550 pickup - owned by Metro Contracting | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. 2006 Ford 450 RV owned by Claudio Investments, LLC | 15,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $261,960.00 | $0.00 | | $158,347.87 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

tax return necessary?  claims reviewed

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Exhibit A

| RE PROP # | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | see Claudio Investments asset below |
| RE PROP # | 13 | -- | amended--owned by Debtor outright |
| RE PROP # | 15 | -- | cross collateralized with 4534 Madison real estate. Net proceeds of auction paid to Access Bank on secured claim |

Initial Projected Date of Final Report (TFR): 12/15/2016        Current Projected Date of Final Report (TFR): 12/15/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-80254
Case Name: DAVID CLAUDIO AKIENS
Taxpayer ID No: XX-XXX3134
For Period Ending: 04/19/2016

Trustee Name: RICHARD D. MYERS
Bank Name: Union Bank
Account Number/CD#: XXXXXX7758
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $7,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | 13 | METROPOLITAN CONTRACTING GROUP, INC | debtor purchase of jeep equity | 1129-000 | $1,300.00 | | $1,300.00 |
| 05/07/15 | 1 | VICTORY RIDING ACADEMY | rental check | 1110-000 | $1,250.00 | | $2,550.00 |
| 06/09/15 | 1 | VICTORY RIDING ACADEMY | rent payment | 1110-000 | $1,250.00 | | $3,800.00 |
| 06/09/15 | 1001 | CLERK OF U.S. BANKRUPTCY COURT DISTRICT OF NEBRASKA111 SOUTH 18TH PLAZA STE 1125OMAHA, NE 68102 | fees for filing motions to sell | 2700-000 | | $352.00 | $3,448.00 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $3,433.00 |
| 07/09/15 | 1 | VICTORY RIDING ACADEMY 4534 Madison St | rent on Madison St. | 1110-000 | $1,250.00 | | $4,683.00 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,668.00 |
| 08/03/15 | 1 | WELLS FARGO BANK, NA | rent | 1110-000 | $1,250.00 | | $5,918.00 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,903.00 |
| 09/08/15 | 1 | WELLS FARGO BANK, NA | rent | 1110-000 | $1,250.00 | | $7,153.00 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $7,138.00 |
| 09/30/15 | | ACCESS BANK | net proceeds of Claudio Investments | | $19,399.89 | | $26,537.89 |
| | | | Gross Receipts | | $150,797.87 | | |
| | | SANDY TURNER Sandy TurnerNP Dodge | real estate commissions | 3510-000 | ($10,770.00) | | |
| | | NEBRASKA LAND TITLE & ABSTRACT Nebraska Land Title & Abstract | settlement charges per HUD 1 | 2500-000 | ($7,765.64) | | |
| | | ACCESS BANK Access Bank | mortgage payoff | 4700-000 | ($112,862.34) | | |

Page Subtotals: $26,949.89  $412.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-80254
Case Name: DAVID CLAUDIO AKIENS
Taxpayer ID No: XX-XXX3134
For Period Ending: 04/19/2016

Trustee Name: RICHARD D. MYERS
Bank Name: Union Bank
Account Number/CD#: XXXXXX7758
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $7,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/15 | 12 | | Claudio Investments, LLC Assets: 4534 Madison, Oma  $150,797.87 | 1129-000 | $26,949.89 | | $26,522.89 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $26,522.89 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.44 | $26,483.45 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.14 | $26,445.31 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.35 | $26,405.96 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.18 | $26,366.78 |
| 02/29/16 | 1002 | FRANKEL ZACHARIA LLC Suite 700 11404 W. Dodge St. Omaha, NE 68154-2576 | fees per order 81 | 3410-000 | | $1,462.00 | $24,904.78 |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,949.89 | $2,045.11 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,949.89 | $2,045.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,949.89 | $2,045.11 |

Page Subtotals:    $0.00    $1,633.11

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7758 - Checking Account (Non-Interest Earn | $26,949.89 | $2,045.11 | $24,904.78 |
| | $26,949.89 | $2,045.11 | $24,904.78 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: $131,397.98
Total Net Deposits: $26,949.89
Total Gross Receipts: $158,347.87

Page Subtotals: $0.00  $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-80254-TLS  
Debtor Name: DAVID CLAUDIO AKIENS  
Claims Bar Date: 7/9/2015  

Date: April 19, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>50<br>4120 | PYRAMID ROOFING<br>1504 S. Saddle Creek Road<br>Omaha, NE  68106 | Secured | (1-1) Roofing and gutter work<br>(1-1) Construction lien filed 1/16/2014 | $0.00 | $8,309.86 | $8,309.86 |
| 8A<br>50<br>4300 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Secured | Extended Check Description Notes from conversion:<br>2526 | $0.00 | $80,834.00 | $80,834.00 |
| 9A<br>50<br>4800 | NEBRASKA DEPARTMENT OF REVENUE<br>Attention: Bankruptcy Unit<br>P.O. Box 94818<br>Lincoln, NE  68509-4818 | Secured | Extended Check Description Notes from conversion:<br>2526 | $0.00 | $40,056.71 | $40,056.71 |
| 8B<br>58<br>5800 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Priority | Extended Check Description Notes from conversion:<br>2526 | $200,000.00 | $86,515.39 | $86,515.39 |
| 9B<br>58<br>5800 | NEBRASKA DEPARTMENT OF REVENUE<br>Attention: Bankruptcy Unit<br>P.O. Box 94818<br>Lincoln, NE  68509-4818 | Priority | Extended Check Description Notes from conversion:<br>2526 | $40,000.00 | $3,328.24 | $3,328.24 |
| 2<br>70<br>7100 | METHODIST HEALTH SYSTEM<br>PO BOX 2797<br>OMAHA, NE  68127-8606 | Unsecured | Extended Check Description Notes from conversion:<br>2413682 | $55.42 | $55.42 | $55.42 |
| 4<br>70<br>7100 | CAVALRY SPV 1, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ  85712 | Unsecured | (4-1) Account Number (last 4 digits):1135<br><br>Extended Check Description Notes from conversion:<br>1135 | $95.00 | $95.53 | $95.53 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-80254-TLS  
Debtor Name: DAVID CLAUDIO AKIENS  
Claims Bar Date: 7/9/2015

Date: April 19, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 70 7100 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | Extended Check Description Notes from conversion: 8502 | $643.00 | $745.96 | $745.96 |
| 6 70 7100 | AMERICAN EXPRESS BANK FSB c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Extended Check Description Notes from conversion: 2003 | $47,732.00 | $47,732.04 | $47,732.04 |
| 7 70 7100 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Extended Check Description Notes from conversion: 1002 | $1,603.00 | $1,603.54 | $1,603.54 |
| 8C 70 7100 | INTERNAL REVENUE SERVICE--CORRESPON PL Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $28,211.90 | $28,211.90 |
| 9C 70 7100 | NEBRASKA DEPT OF REVENUE P O BOX 94818 LINCOLN, NE 68509-4818 | Unsecured | | $0.00 | $157.19 | $157.19 |
| 10 70 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | Extended Check Description Notes from conversion: 6208 | $12,517.00 | $12,529.39 | $12,529.39 |
| 11 70 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | Extended Check Description Notes from conversion: 9679 | $12,070.00 | $12,070.54 | $12,070.54 |
| 12 70 7100 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Unsecured | (12-1) Sam's Club MC or GEMB or GECRB | $5,219.70 | $5,517.47 | $5,517.47 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-80254-TLS  
Debtor Name: DAVID CLAUDIO AKIENS  
Claims Bar Date: 7/9/2015  

Date: April 19, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 70 7100 | SYNCHRONY BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (13-1) Lowe's Business Revolving or GEMB or GECRB<br><br>Extended Check Description Notes from conversion:<br>4722 | $0.00 | $8,641.33 | $8,641.33 |
| 100 2100 | RICHARD D. MYERS<br>11404 W. Dodge Rd., Suite 500<br>Omaha, NE 68154-2584 | Administrative | | $0.00 | $11,167.39 | $11,167.39 |
| 100 2200 | RICHARD D. MYERS<br>11404 W. Dodge Rd., Suite 500<br>Omaha, NE 68154-2584 | Administrative | | $0.00 | $526.12 | $526.12 |
| ADMIN 1 100 3410 | FRANKEL ZACHARIA LLC<br>Suite 700<br>11404 W. Dodge St.<br>Omaha, NE 68154-2576 | Administrative | | $0.00 | $1,462.00 | $1,462.00 |
| | Case Totals | | | $319,935.12 | $349,560.02 | $349,560.02 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-80254
Case Name: DAVID CLAUDIO AKIENS
Trustee Name: RICHARD D. MYERS

Balance on hand $ 24,904.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | PYRAMID ROOFING | $ 8,309.86 | $ 8,309.86 | $ 0.00 | $ 0.00 |
| 8A | INTERNAL REVENUE SERVICE | $ 80,834.00 | $ 80,834.00 | $ 0.00 | $ 0.00 |
| 9A | NEBRASKA DEPARTMENT OF REVENUE | $ 40,056.71 | $ 40,056.71 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 24,904.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RICHARD D. MYERS | $ 11,167.39 | $ 0.00 | $ 11,167.39 |
| Trustee Expenses: RICHARD D. MYERS | $ 526.12 | $ 0.00 | $ 526.12 |
| Accountant for Trustee Fees: FRANKEL ZACHARIA LLC | $ 1,462.00 | $ 1,462.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 11,693.51

Remaining Balance $ 13,211.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 89,843.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8B | INTERNAL REVENUE SERVICE | $ 86,515.39 | $ 0.00 | $ 12,721.86 |
| 9B | NEBRASKA DEPARTMENT OF REVENUE | $ 3,328.24 | $ 0.00 | $ 489.41 |
| | Total to be paid to priority creditors | | | $ 13,211.27 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,360.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | METHODIST HEALTH SYSTEM | $ 55.42 | $ 0.00 | $ 0.00 |
| 4 | CAVALRY SPV 1, LLC | $ 95.53 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 745.96 | $ 0.00 | $ 0.00 |
| 6 | AMERICAN EXPRESS BANK FSB | $ 47,732.04 | $ 0.00 | $ 0.00 |
| 7 | AMERICAN EXPRESS CENTURION BANK | $ 1,603.54 | $ 0.00 | $ 0.00 |
| 8C | INTERNAL REVENUE SERVICE--CORRESPON | $ 28,211.90 | $ 0.00 | $ 0.00 |
| 9C | NEBRASKA DEPT OF REVENUE | $ 157.19 | $ 0.00 | $ 0.00 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 12,529.39 | $ 0.00 | $ 0.00 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 12,070.54 | $ 0.00 | $ 0.00 |
| 12 | SYNCHRONY BANK | $ 5,517.47 | $ 0.00 | $ 0.00 |
| 13 | SYNCHRONY BANK | $ 8,641.33 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $             0.00

Remaining Balance      $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE